UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASIMIR GRIFFIN CAPE VERDEAN
KING OF KINGS

No. **25 CV 5585**

Write the full name of each plaintiff.

(To be filled out by Clerk's Office)

-against-

**COMPLAINT**
(Prisoner)

FACE BOOK, INSTAGRAM, SNAP CHAT, PAY PAI,
DRAFT KINGS, MESSENGER, META MASK, ONE BANK,
CASH APP/CASH CARD, EXTRA CARD, TD BANK,
ETC. 1-150. INCLUDING APPIE/ICLOUD

Do you want a jury trial?
☑ Yes    ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.



RECEIVED
JUL 01 2025
PRO SE OFFICE

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

CASIMIR          P.          GRIFFEN
First Name          Middle Initial          Last Name

CASIMIR GRIFFEN CApe VERDEAN KING OF KINGS
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

ORANGE COUNTY #2025-01186, FEDERAL #90706-054
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

ORANGE COUNTY JAiL
Current Place of Detention

110 WEllS FARM ROAD
Institutional Address

GOSHEN          NEW YORK          10924
County, City          State          Zip Code

## III.  PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☑ Other:    ILLEGAlly DETAINED

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: INTERNET SOCIAL MEDIA, i-CLOUD, PHONE APPS, NEW BURGH, NEW YORK, ORANGE COUNTY JAIL

Date(s) of occurrence: 2022, 2023, 2024, 2025, 2021, 2019,

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I WAS RELEASED FROM CUMBERLAND FEDERAL CORRECTIONAL INSTITUTION ON SEPTEMBER 7TH 2022, ON A APPEAL AFTER STATING THAT IM KING OF KINGS ON RECORD DURING A VIOLATION HEARING WITH RICHARD J. SULLIVAN. IMMEDIATELY I BECAME A TARGET OF THE PEOPLE'S OF ORANGE COUNTY, MY COMMUNITY, THE JAIL, LAW ENFORCEMENT, AND PEOPLE'S OF MY NON-BIOLOGICAL FAMILY. BECAUSE IM PROTECTED BY IFA/SANTARIA, IM A CONSTANT TARGET OF WITCHCRAFT, FOLKLORE, VOODOO, VONDOO, ETC. ALSO BECAUSE IM A CAPE VERDEAN. ON DECEMBER 10TH 2022, I WAS SHOT IN MY LEG INVOLVING A INCIDENT WITH WITCHCRAFT. TO SUPPORT THIS CLAIM, SEVERAL LETTERS WERE WRITTEN TO "HON. JUDGE RICHARD J. SULLIVAN," SPEAKING ON HOW THE ORANGE COUNTY JAIL STAFF, AND "DIANA DAIGE" USED WITCHCRAFT ON ME. MY BLOOD WAS TAKEN FROM THE MEDICAL DEPARTMENT IN ORANGE COUNTY JAIL AND USE FOR VOODOO DOLL'S AND WITCHCRAFT PURPOSE'S. I HAVE UNIQUE BILATERAL SHOULDER INJURIE'S TO SUPPORT THIS CLAIM. MY ENTIRE PHONE WAS COMPROMISED VIA MY i-CLOUD (GzBoyEGA21@iclod.cc)

CON'd

## V. STATEMENT OF CLAIM

1.8 MILLION WAS TAKEN FROM MY TD BANK ACCOUNT WHICH WAS SENT FROM MY "BOYEGA SPORTS" DRAFT KINGS ACCOUNT. OVER 120 PEOPLE LOGGED INTO THEIR PHONES USING MY I-CLOUD, CONNECTED TO OTHER IP ADDRESSES AND IME NUMBERS, APPLE WAS NOTIFIED OF THE FACT THAT MANY PEOPLE USING THEIR PHONE TO ACCESS MY PERSONAL PHONE BY USING MY I-CLOUD INFORMATION (GZBOYEGA21@ICLOUD.COM) (GZBOYEGA@ICLOUD.COM) SOON MY PHONE CALLS WERE DIVERTED, MY MESSAGES WERE BLOCKED AND DIVERTED. MY BIOLOGICAL MOTHER PHONE NUMBER WAS DELETED FROM MY PHONE, MY MONEY WAS TAKEN, I WAS SIGNED OUT OF ALL OF MY SOCIAL MEDIA ACCOUNTS, IN EFFORTS KILLING ALL CONTACT WITH LOVE ONE'S AND OTHERS THAT SUPPORT ME AND CARE FOR ME. CASH APP, PAY PAL, EXTRA CARD, TD-BANK ONE BANK AND META MASK, WERE ACCESSED MONEY WAS TAKEN FROM SOME ACCOUNTS, MONEY WAS HIDDEN IN OTHER ACCOUNTS, THEN I WAS LOGGED OUT OF ALL OF THEM. MY WAS MAXED OUT BY OTHER PEOPLE. AND MY CREDIT SCORE DROPED FROM THE 700$ INSTANTLY DUE TO POSSIBLE CHARGES TO MY CREDIT. IPHONES COMPROMISED INFO POTENTIALLY AFFECTED MILLIONS OF USERS AND INCLUDED LOGINS TO SOCIAL MEDIA, AND OTHER USER ACCOUNTS. IT WAS PUBLISHED 30 EXPOSED DATASET'S CONTAINING FROM TENS OF MILLIONS TO OVER 3.5 BILLION RECORDS EACH CAUSE 16 BILLION PASSWORDS TO BE LEAKED ACROSS MULTIPLE PLATFORM'S. ALL APP'S, SOCIAL MEDIA PLATFORMS AND ONLINE BANKING APP'S SHOULD BE HELD ACCOUNTABLE FOR ALLOWING OTHERS TO ACCESS MY ACCOUNTS FROM OTHER DEVICE'S TAKE MY MONEY, DIVERT MESSAGES, PHONE CALLS AND THEN SIGN ME OUT OF ALL OTHER ACCOUNTS.

con'd

## V. STATEMENT OF CLAIM

MY DRAFT KINGS ACCOUNT WAS ACCESSED FROM ANOTHER ACCOUNT, FACIAL RECONITION WAS DISABLED, AND MY BETING HISTORY WAS DELETED AND THIS WAS SUPPOSED TO HAPPEN FROM ANOTHER DEVICE. MY LOCATION WAS ABLE TO BE TRACKED AT ALL TIME'S AND MY PRIVACY WAS COMPLETELY VIOLATED. PLEASE NOTE WHILE THIS MAY BE THE FIRST TIME FOR OTHER'S, SOMETHING OF THIS NATURE HAPPEND TO ME BEFORE INVOLVING GOOGLE AND FACEBOOK. FUTHERMORE, THEIR'S A CHEMICAL CALLED, TECHNO-99 THAT ALLOWS YOU TO LOOK INSIDE A PERSON'S NERVOUS SYSTEM AND COMMUNICATE WITH THEM RADIOACTIVELy IT'S USED FOR PEOPLE WHO HAVE CANCER AND IS NOW BEING USED ON PEOPLE THROUGHOUT THE REGION, AND IS USED IN A MANNER TO MAKE THE PERSON IT'S USED ON APPEAR TO BE MENTALLY-UNFIT. I WAS TESTED AT ST. LUKE'S AND HAVE TOXINS & BACTERIA IN MY SYSTEM BECAUSE IT WAS FED TO ME. I WAS ALSO TAKEN ADVANTAGE OF BY TD-BANK DUE TO A POLICY THAT THEY HAVE TO WITH HOLD FUND'S BY NOT ALLOWING SOMEONE TO SEE THEIR DEPOSIT'S OF A CERTIN AMOUNT OF MONEY FOR PERIOD OF TIME. I HAVE $158.000 IN A ASTENDED ACCOUNT AND THEY WONT GIVE IT TO ME. OTHER ACTION SHOULD BE TAKEN SO THAT THESE THINGS WILL NEVER HAPPEN TO ANYONE ELSE AGAIN. THE USE OF 3RD PARTY APP'S ALLOW'S FOR PERSONAL INFORMATION AND OTHER DATA TO BE GATHERED FROM APP'S LIKE INTELIUS AND OTHERS LIKE IT.

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:      FACE BOOK

First Name                   Last Name                        Shield #

1 HACKER WAY

Current Job Title (or other identifying information)

MENLO PARK, CALIFORNIA 94025

Current Work Address

CALIFORNIA                    LA              94025

County, City                        State                  Zip Code

Defendant 2:      INSTA GRAM

First Name                   Last Name                        Shield #

1601 WILLOW ROAD

Current Job Title (or other identifying information)

SOCIAl MEDIA

Current Work Address

MENLO PARK, CALIFORNIA, LA      94025

County, City                        State                  Zip Code

Defendant 3:      SNAP CHAT

First Name                   Last Name                        Shield #

SOCIAl MEDIA

Current Job Title (or other identifying information)

3000 31 STREET

Current Work Address

SANTA MONICA          CA              90291

County, City                        State                  Zip Code

Defendant 4:      PAY PAl

First Name                   Last Name                        Shield #

ONLINE BANKING

Current Job Title (or other identifying information)

2211 NORTH FIRST STREET,

Current Work Address

SAN JOSE              CA              95131

County, City                        State                  Zip Code

CON'd

## IV.    DEFENDANT INFORMATION

DEFENDANT 5: DRAFT KINGS
221 RIVER STREET
HOBOKEN, NEW JERSEY
07030

DEFENDANT 6: MESSENGER
1 HACKER WAY
MENIO PARK, CALIFORNIA, 94025

DEFENDANT 7: META MASK

DEFENDANT 8: CASH APP
1955 BROADWAY #600
OAKLAND CA

CON'd

## IV. DEFENDANT INFORMATION

DEFENDANT 9: EXTRA CARD

DEFENDANT 10: ONE BANK
              DHAKA, BANGLIDESH

DEFENDANT 11: TD BANK
          CHERRY HILL, NEW JERSEY

MOTION FOR SUMMARY JUDGEMENT: PlaintiFF EXECUTES THIS INSTRUMENT BElOW UNDER 28 U.S.C. §1746 (1) AND MOVES FOR SUMMARY JUDGEMENT. THE FOREGOING AND FOllOWING MATERIAL FACTS ARE NOT INDISPUTE AND PlaintiFF IS ENTITLED TO JUDGEMENT AS A MATTER OF lAW. [FOR REFERENCE SEE: CHAlMERS V. CITY OF LOS ANGELES, 762 F. 2D 753, 761 (9TH CIR. 1985) A VICTIMS TESTIMONY AlONE IS SUFFICIENT BASIS ON WHICH TO AWARD COMPENSATORY DAMAGES FOR EMOTIONAL PAIN AND SUFFERING]; AlSO SEE: [U.S.C.A. CONST. AMEND. 7].

---

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received. THE UNlAWFUl SEIZURE AND FalSE ARREST

UNlAWFUlly DEPRIVED ME OF liBERTY AGAINST MY UNAliENABlE RIGHTS, BRINGING ME BODIdly PAIN, DISCOMFORT, INCONVENIENCE, lOSS OF TIME, MENTAl SUFFERING, DISTRESS, DURESS, ANGUISH, SHAME, lOSS OF JOB, lOSS OF ENJOYMENT OF liFE, lOSS OF PERSONAl PROPERTY, VIOlATION OF CONSTITIONAl (BOTH STATE PlUS FEDERAl). FEAR FOR MY liFE, MENTAl SUFFERING, FRIGHT, GRIEF, lACK OF CARE PlUS NEGliGENCE, DEFAMATION.

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

COMPENSATORY DAMAGES OF FIVE-HUNDRED-FIFTY-MIllION (550,000,000) (U.S.D.); UNDER STANDARD SET IN (TREZEVANT V. CITY OF TAMPA, 741 F. 3D 336 (11TH CIR. 1984) OF FIVE-HUNDRED-FIFTY-MIllION (550,000,000) (U.S.D.) PER MINUTE; BOTH GENERAl, AND SPECIAl DAMAGES IN AMOUNTS BY PROOF AT TRIAl; RESTITUTION AS AllOWED BY lAW; PUNITIVE DAMAGES OF FIVE-HUNDRED-FIFTY-MIllION (550,000,000)(U.S.D.) FOR ATTORNEY'S FEES AND COST OF ACTION, INCLUDING UNDER THE "PRIVATE ATTORNEY GENERAl DOCTRINE" FOR All COURT COSTS, INCLUDING BONDS, CRIS, SECURITIZATION, INVESTIGATION, U.S.M. COSTS; FOR QUI TAM ACTION FEES TO PAY ON NATIONAl DEBT PURSANT 31 U.S.C. §3113 AND ANY TAXES OWED ON FUNDS PAID HERE FROM 26 U.S.C. §165 ET seq; Page 5 THANK You.

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 6/21/25 | Casimir Griffin |
| Dated | Plaintiff's Signature |

CASIMIR    P.   GRIFFEN    Cape VerDean King of Kings
First Name       Middle Initial       Last Name

110 Wells Farm RoaD
Prison Address

GOSHEN              NEW YorK         10924
County, City                  State                  Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: 6/23/25



"LEGAL MAIL"



THE PRO SE OFFICE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN COURT HOUSE
500 PEAR STREET
NEW YORK, NEW YORK 10007

S FARM ROAD
N, NEW YORK 10924

"LEGAL MAIL"