**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CASIMIR GRIFFIN, CAPE VERDEAN KING OF
KINGS,

                Plaintiff,

  -against-                                  25 **CIVIL** 5585 (LLS)

                                                     **JUDGMENT**

FACEBOOK; INSTAGRAM; SNAP CHAT; PAY
PAL; DRAFT KINGS; MESSENGER; META
MASK; CASH APP; EXTRA CARD; ONE
BANK; TD BANK,

                Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 3, 2025, The Court dismisses the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for lack of subject matter jurisdiction and as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i); Fed. R. Civ. P 12(h)(3).

**Dated:** New York, New York

      October 6, 2025

                                                         **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                        **BY:**      *K. Mango*

                                                          **Deputy Clerk**